UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TARY HOLCOMB,

    Defendant.
_____/

CASE NO. 04-80642-D1

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

## ORDER DENYING DEFENDANT'S MOTIONS FOR RELIEF PURSUANT TO 28 U.S.C. § 2255

On June 13, 2012, Magistrate Judge R. Steven Whalen issued a Report and Recommendation that the District Court dismiss Petitioner Tary Holcomb's two 28 U.S.C. § 2255 Motions to Vacate, Set Aside or Correct Sentence.

Defendant has filed no objections to the Report and Recommendation.

The Court having examined the report and the pleadings, adopts the Magistrate Judge's Report and Recommendation Denying Petitioners Two Motions pursuant to 28 U.S.C. § 2255.

SO ORDERED.

DATED: NOV 3 0 2012

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE